UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 12-09055 EAG |
|---|---|
| LISANDRA COLON COLON | |
| DEBTOR | CHAPTER 13 |

## MOTION TO AMEND SCHEDULE D

TO THE HONORABLE COURT:

**NOW COMES DEBTOR**, through the undersigned attorney, and respectfully states and prays:

1. Debtor hereby amend Schedule D to eliminate a secured claim (First Bank). Vehicle was surrendered to First Bank by Debtor on January 19, 2013 (See Exhibit 1).

**WHEREFORE**, Debtor respectfully prays for this Court to take notice of the above stated.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date I electronically filed the foregoing with the clerk of the court, using CM/ECF system which will send notification of such filing to all registered CM/ECF participants.

In Ponce, Puerto Rico, this 23rd day of January, 2013.

/s/Rolando Emmanuelli Jimenez
ROLANDO EMMANUELLI JIMENEZ
USDC 214105
P O Box 10772
Ponce, PR 00732-0779
TEL. (787) 843-8406 Fax (787) 848-6586
E-mail: rolando@bufeteamadopereira.com

LIST OF CREDITORS

12-09055-BKT13|FIRSTBANK PR |PO BOX  9146|SAN JUAN, PR 00908-0146 ||||
12-09055-BKT13|ABBOTT LABORATORIES, PR |P O BOX 278|Barceloneta PR 00617-0278| |||
12-09055-BKT13|AUTORIDAD DE ACUEDUCTOS DE PUERTO RICO |P O BOX 70101|San Juan PR 00936-8101| |||
12-09055-BKT13|AUTORIDAD DE ENERGIA ELECTRICA |P O BOX 70375|San Juan PR 00936-8375| |||
12-09055-BKT13|BANCO POPULAR DE PUERTO RICO |BANKRUPTCY DEPARTMENT|PO BOX 366818|SAN JUAN PR 00936-6818| ||
12-09055-BKT13|BANCO POPULAR DE PUERTO RICO |P O BOX 71375|San Juan PR 00936-8475| |||
12-09055-BKT13|CLARO |P O BOX 70366|San Juan PR 00936-8366| |||
12-09055-BKT13|CRIM |P O BOX 195387|San Juan PR 00919-5387| |||
12-09055-BKT13|DEPARTAMENTO DE HACIENDA |BANKRUPTCY SECTION|P O BOX 9024140|San Juan PR 00902-4140| ||
12-09055-BKT13|DIVERSIFIED CONSULTANTS, INC. |P O BOX 551268|Jacksonville FL 32255-1268| |||
12-09055-BKT13|DORAL MORTGAGE |P O BOX 71529|San Juan PR 00936-8629| |||
12-09055-BKT13|ENHANCED RECOVERY COMPANY |8014 BAYBERRY ROAD|Jacksonville FL 32256-7412| |||
12-09055-BKT13|FIRST BANK |P O BOX 11852|San Juan PR 00910-3852| |||
12-09055-BKT13|FIRSTBANK |BANKRUPTCY DIVISION|PO BOX 9146|SAN JUAN, PR 00908-0146| ||
12-09055-BKT13|GC SERVICES LIMITED PARTNERSHIP |COLLECTION AGENCY DIVISION|6330 GULFTON|Houston TX 77081-1108| ||
12-09055-BKT13|MONITRONICS FUNDING |DEPT CH 8628|Palatine IL 60055-8628| |||
12-09055-BKT13|T MOBILE |MIGUEL A POU BOULEVARD KM 26.4 SPC|Ponce PR 00731| |||
12-09055-BKT13|T MOBILE |P O BOX 660252|Dallas TX 75266-0252| |||

B6D (Official Form 6D) (12/07)

In re **LISANDRA COLON COLON**, Case No. **12-09055**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | | | | | |
| Account No. **xxxxx2912** <br><br> **ABBOTT LABORATORIES, PR** <br> **P O BOX 278** <br> **Barceloneta, PR 00617** | - | | 2007 <br><br> RETIREMENT LOAN <br><br> 401K PLAN <br><br> Value $ 0.00 | | | | 29,346.17 | 29,346.17 |
| Account No. **xxxx9196** <br><br> **DORAL MORTGAGE** <br> **P O BOX 71529** <br> **San Juan, PR 00936-8629** | - | | APRIL 26, 2003 <br> Mortgage <br> CONCRETE HOUSE <br> 4 BEDROOMS AND 2 1/2 BATHROOMS <br> COABEY WARD <br> ROAD 144 KM 8.5 <br> JAYUYA, PR 00664 <br><br> Value $ 150,000.00 | | | | 110,262.46 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 139,608.63 | 29,346.17 |
| | | | Total <br> (Report on Summary of Schedules) | | | | 139,608.63 | 29,346.17 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Puerto Rico

In re: **LISANDRA COLON COLON**
Debtor(s)

Case No. **12-09055**
Chapter **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedule D, consisting of **1** sheet, and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 23, 2013**

Signature **/s/ LISANDRA COLON COLON**
**LISANDRA COLON COLON**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Exhibit 1

CESION DE DERECHOS



Nombre: Sandra Colón Colón  Préstamo No. 1-21-7014025  Fecha: 1/19/13

Señores:

El que suscribe es dueño de un vehículo de motor que se describe como sigue:

| Marca | Modelo | Año | Núm de Motor | Tablilla |
|---|---|---|---|---|
| Dodge | Charger | 2010 | 2B3CA5CT8AH281878 | HUW-303 |

y que está sujeto a un Contrato de Ventas al Pormenor a Plazos y/o gravamen mobiliario a su favor, constituido bajo la "Ley de Transacciones Comerciales" (la Ley) que en adelante se denominará el "gravamen" garantizándoles el pago de mi obligación para con ustedes. Por la presente les hago entrega voluntaria del mencionado vehículo de motor libre de gravámenes y de surgir alguno autorizo a FirstBank a eliminar el mismo. Por la presente les autorizo para que ustedes vendan el mencionado vehículo de motor en la forma y bajo las condiciones que ustedes estimen conveniente, sin la necesidad de ejecutar el Gravamen o recurrir a Pública Subasta.

Mediante el presente documento cedo a FirstBank Puerto Rico todos mis derechos y acciones que tenga sobre el mismo, sin reserva ni limitación alguna, incluyendo el derecho de vender el vehículo en la forma y manera que FirstBank Puerto Rico estime conveniente y sin recurrir a procedimiento judicial alguno.

First Bank, expresamente reconoce y renuncia al cobro de cualquier deficiencia o porción no asegurada que pueda surgir luego de disponer del vehículo, objeto del Contrato de Ventas al Pormenor a Plazos, mediante gravamen mobiliario, que se descargue en el caso de Quiebras bajo Capítulo 13 tras haberse completado los pagos, bajo el plan confirmado, o en los casos de Quiebras Capítulo 7.

Atentamente,

_____
Propietario Deudor

_____
Representante del Banco